**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lester Leecody RUNSABOVE,**
**Defendant–Appellant.**

No. 15–30299

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2016 *

FILED June 22, 2016

Colin Michael Rubich, Leif Johnson, Assistant U.S. Attorney, Office of the US Attorney, Billings, MT, Paulette Lynn Stewart, Assistant U.S. Attorney, USHE—Office of the US Attorney, Helena, MT, for Plaintiff–Appellee.

Steven C. Babcock, Assistant Federal Public Defender, FDMT—Federal Defenders of Montana (Billings), Billings, MT, for Defendant–Appellant.

Before: BEA, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Lester Leecody Runsabove appeals from the district court's judgment and challenges the 34–month sentence imposed following his guilty-plea conviction for being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Runsabove contends that the district court abused its discretion by electing to run the 34–month sentence consecutive to an undischarged state sentence. He argues that the resulting sentence is substantively unreasonable in light of his horrific childhood, his history of substance abuse, and the delay between his state and federal sentencing hearings. The district court did not abuse its discretion in imposing Runsabove's sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The 34–month consecutive sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Runsabove's significant criminal history and the nature of the offense. *See* U.S.S.G. § 5G1.3 cmt. n. 4(C); *Gall*, 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.